JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MANSHAVI MANSHAVI,

              Petitioner,

v.

WARDEN OF DESERT VIEW
ANNEX DETENTION
FACILITY, et al.,

              Respondents.

Case No. 5:26-cv-01654-AYP

JUDGMENT

    IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: April 24, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE